Name: Stern: Joachim -Sui Juris
Prison Number: [499725]
Place of confinement: Goose Creek Correctional
Mailing address: 22301 West Alsop Road
City, State, Zip: Wasilla, Alaska [99623]
Telephone: 907-841-8100

RECEIVED
MAY 27 2021
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

Stern: Joachim -Sui Juris,
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

Erin Marston,
Patrick McKay,
Jim Corrigan,
(Enter full names of defendant(s) in this action. Do NOT use *et al.*)

Defendant(s).

Case No. 3:21-CV-00130-JMK
(To be supplied by Court)

**PRISONER'S COMPLAINT UNDER THE CIVIL RIGHTS ACT 42 U.S.C. § 1983**

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3).

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Stern: Joachim,
(print your name)
who presently resides at Goose Creek Correctional,
(mailing address or place of confinement)
were violated by the actions of the individual(s) named below.

2. **Defendants** (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, __Erin Marston__ is a citizen of __Alaska__ (state), and is employed as a (name) "__Judge__" (defendant's government position/title).

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, __Patrick McKay__ is a citizen of __Alaska__ (state), and is employed as a (name) "__Asst District Attorney__" (defendant's government position/title).

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, __Jim Corrigan__ is a citizen of __Alaska__ (state), and is employed as a (name) "__Asst Public Advocate__" (defendant's government position/title).

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

***REMINDER***
You must exhaust your administrative remedies before your claim can go forward.
THE COURT MAY DISMISS ANY UNEXHAUSTED CLAIMS.

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Claim 1: On or about __June 1, 2020__ (Date), my civil right to '_Speedy trial_'
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)
was violated by __Erin Marston__
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

Erin B. Marston did allow my Constitutional Right of a 'speedy trial' to be violated, and also Erin Marston became an imposter of his Oath making liable for penalties associated with his criminal actions.

A Jury trial is Demanded!

note: I am in fear for my safety due to the level of connections & Authority of Defendants!

Prisoner § 1983 - 3
PS01, Nov. 2013

Claim 2: On or about ~~Aug~~ June 1 2020, my civil right to
`Right to Speedy trial`
(Date)
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by Patrick McKay
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 2. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

Patrick McKay did allow my right to `speed trial` to be violated, and also Patrick McKay became an imposter of office, makin him personally liable for my injury and civil penalties and should be arrested for his egregious acts.

A Jury trial is Demanded

note: I am in fear of my safety, due to the level of connections and authority this defendant has.

Claim 3: On or about June 1 2020 (Date), my civil right to 'Right to Speedy trial'
(Medical care, access to the courts, due process, freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by Jim Corrigan
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

Jim Corrigan assisted in the conspiratonal, egregious act of Denial of my 'Speedy trial' right, personally injuring me and my family likewise. Once Jim Corrigan violated my rights and became an imposter to oath, he became liable and should be arrested for such acts.

Jury trial is Demanded

note: fear for my safety is at issue due to the level of connections and authority defendants have.

**D. Previous Lawsuits**

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment**? _____ Yes _X_ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed:_____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

b. <u>Lawsuit 2</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed:_____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

3. Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?

_____ Yes _X_ No

If your answer is "Yes," describe each lawsuit on the next page.

Prisoner § 1983 - 6
PS01, Nov. 2013

**Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised: _____

e. Approximate date case was filed:_____ Date of final decision: _____

**Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised:_____

e. Approximate date case was filed:_____ Date of final decision: _____

**Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ___ frivolous, ___ malicious and/or ___ failed to state a claim

d. Issue(s) raised:_____

e. Approximate date case was filed:_____ Date of final decision: _____

4. **Are you in imminent danger of serious physical injury?** _____ Yes _____ No

If your answer is "Yes," please describe how you are in danger, without legal argument/authority: _____
To be decided by court!
I believe im in segregation for frivolous reason!

## F. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ 10,000,000

2. Punitive damages in the amount of $ Maximum

3. An order requiring defendant(s) to produce for review all discovery for case [3AN-20-00935cr]

4. A declaration that _____

5. Other: ① Issue A Bar to prosecution for alleged offense ② Return any funds to Corporate Entity as 'charged'

Plaintiff demands a trial by jury. _X_ Yes ___ No

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at __Goose Creek__ on __5-22-2021__
(Location) (Date)

By: Sui Juris-Stern; Joachim
(Plaintiff's Signature)
Authorized Representative
All Rights Reserved
Without Recourse

_____  _____
Original Signature of Attorney (if any)  (Date)

_____
_____
_____

Attorney's Address and Telephone Number

Stern: Joachim-Sui Juris [99225]
Goose Creek Correctional
22301 West Alsop Road
Wasilla Alaska [99623]

United States District Court
District of Alaska
Clerk of Court
Federal building U.S. courthouse
222 W. 7th Ave., #4 Anchorage, AK
99513-7564

NEOPOST
05/26/2021
US POSTAGE $002.20
ZIP 99654
041M11450739
FIRST-CLASS MAIL